```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER GOMEZ-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 04-457-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND REQUEST FOR |
| | ) | CONTINUANCE AND FINDING OF |
| v. | ) | EXCLUDABLE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND LOCAL |
| JAVIER GOMEZ-MORENO, | ) | CODE T4; ORDER EXCLUDING TIME |
| | ) | |
| Defendant. | ) | Date: June 8, 2005 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JAVIER GOMEZ-MORENO, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing set for May 4, 2005 be vacated and reset for June 8, 2005 at 9:00 a.m.

This continuance is requested to provide additional time for defense counsel to investigate Mr. Gomez-Moreno's citizenship.  Mr. Gomez-Moreno has indicated that he was born in the United States to a United States citizen who is a Native American.  Defense counsel must try to find any documentation of Mr. Gomez-Moreno's birth in the United States, track down and talk to witnesses, including family members, and try to document the citizenship status of Mr. Gomez-Moreno's mother.

1  This may require a defense investigator to travel to New Mexico to
2  research tribal records.  Further, defense counsel must obtain a full
3  copy of Mr. Gomez-Moreno's Social Security file.
4      All parties desire that a status conference be set on June 8,
5  2005.  The parties further stipulate and agree that time from the date
6  of the order below until June 8, 2005, be excluded under the Speedy
7  Trial Act pursuant to Local Code T4, Title 18, United States Code,
8  Section 3161(h)(8)(B)(iv), to give defense counsel reasonable time to
9  prepare, conduct investigation, and discuss the case with the defendant
10 and the prosecutor.
11 Dated: May 2, 2005                    Respectfully submitted,

                                       QUIN DENVIR
                                       Federal Public Defender


                                       By /s/ Rachelle Barbour
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender
                                       Attorney for Defendant


                                       MCGREGOR SCOTT
                                       United States Attorney

                                       /s/ Rachelle Barbour for
                                       JASON HITT
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

1 **ORDER**

3 **IT IS SO ORDERED.** The Court makes a finding of excludable time as set forth in the attached stipulation. The time between the date of this order through June 8, 2005, will be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The court specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 30, 2005

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE