```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER GOMEZ-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 04-457-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JAVIER GOMEZ-MORENO, | ) | Date: June 8, 2005 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Javier Gomez-Moreno, though their counsel, that the status conference hearing scheduled for June 8, 2005, be continued to June 29, 2005, at 9:00 a.m.

   The Assistant Federal Defender who has handled Mr. Gomez-Moreno's case will be absent on medical leave for several months, so the defense has been reassigned to Assistant Federal Defender Tim Zindel.  Defense counsel requests a continuance of three weeks so that new counsel can become familiar with the case.  At the same time, investigation is ongoing and additional work remains to be done to investigate Mr. Gomez-Moreno's citizenship, including gathering records (some of which have been

1  difficult to obtain) of Mr. Gomez-Moreno's birth and his residency in the
2  United States.  Accordingly, the parties agree that the status conference
3  may be continued to June 29, 2005.  The parties further agree that the
4  interests to be served by a continuance outweigh to best interests of Mr.
5  Gomez-Moreno and the public in a speedy trial and that time under the
6  Speedy Trial Act should be excluded through June 29, 2005, pursuant to 18
7  U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) to afford defense counsel
8  reasonable time to prepare, conduct investigation, and discuss the case
9  with the defendant and the prosecutor.

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Public Defender

Dated:  June 6, 2005                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JAVIER GOMEZ-MORENO


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  June 6, 2005                    /s/ J. Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

/////
/////
/////
/////
/////
/////
/////
/////

Stipulation and Order                   **2**

**O R D E R**

The status conference is continued to June 29, 2005, at 9:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties. The court specifically finds that a continuance is necessary to give newly-assigned defense counsel reasonable time to prepare in this matter as well as to afford additional time to conduct investigation. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dared: June 7, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                          3