```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER GOMEZ-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JAVIER GOMEZ-MORENO,<br><br>         Defendant. | Case No. CR. S 04-457-WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   June 29, 2005<br>Time:   9:00 a.m.<br>Judge:  Hon. William B. Shubb |

   It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Javier Gomez-Moreno, though their respective attorneys, that the status conference scheduled for June 29, 2005, may be continued to August 24, 2005, at 9:00 a.m.

   This case was recently reassigned within the Office of the Federal Defender. Investigation of Mr. Gomez-Moreno's origins, which has proved to be time-consuming, is continuing -- the defense is now seeking additional records from other jurisdictions. Those aiding in the search estimate that six to eight weeks time will be needed to fulfill the most recent records request. Accordingly, the parties agree that the June 29 status conference may be continued to August 24, 2005.

1 | The parties further agree that time from the date of this order
2 | through August 24, 2005, should be excluded under the Speedy Trial Act
3 | pursuant to Local Code T4, Title 18, United States Code, Section
4 | 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary
5 | time to investigate, prepare, and to counsel Mr. Gonez-Moreno.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated:   June 27, 2005          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for JAVIER GOMEZ-MORENO


                                MCGREGOR SCOTT
                                United States Attorney

Dated:   June 27, 2005          /s/ T. Zindel for J. Hitt
                                JASON HITT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

The status conference is continued to August 24, 2005.  The court finds that a continuance is necessary to give counsel for the defendant reasonable time to investigate the case, so that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 24, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: June 27, 2005

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE