QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER GOMEZ-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S 04-457-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **EXCLUDING TIME** |
| | ) | |
| JAVIER GOMEZ-MORENO, | ) | |
| | ) | Date:     August 24, 2005 |
| Defendant. | ) | Time:     9:00 a.m. |
| | ) | Judge:    Hon. William B. Shubb |
| _____ | ) | |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Javier Gomez-Moreno, though their respective attorneys, that time under the Speedy Trial Act may be excluded from the date of the status conference held August 24, 2005, through the trial date of October 12, 2005.

    At the status conference on August 24, the parties requested that time be excluded for several reasons and the Court asked counsel to submit a stipulation.  This case has required defense counsel to collect and review records dating back 30 years and to unravel a confusing history of administrative and other proceedings occurring in California and elsewhere.  Investigation continues despite the setting of trial and it

1  is expected to continue up until the time of trial.  Because of the
2  ongoing investigation, the agree that time should be excluded under the
3  Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code,
4  Section 3161(h)(8)(B)(iv), in order to give counsel for both parties
5  additional necessary time to investigate and to prepare for trial.

6                                    Respectfully submitted,

7                                    QUIN DENVIR
                                     Federal Public Defender
8

9  Dated:  August 31, 2005           /s/ T. Zindel
                                     TIMOTHY ZINDEL
10                                   Assistant Federal Defender
                                     Attorney for JAVIER GOMEZ-MORENO
11

12                                   MCGREGOR SCOTT
                                     United States Attorney
13

14 Dated:  August 31, 2005           /s/ T. Zindel for M. Beckwith
                                     MICHAEL BECKWITH
15                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
16

17                                **O R D E R**

18     The court finds that a continuance is necessary to give both counsel
19 reasonable time to investigate the case, so that the ends of justice
20 served by granting a continuance outweigh the best interests of the public
21 and the defendant in a speedy trial.  Time is therefore excluded from the
22 date of this order through October 12, 2005, pursuant to 18 U.S.C. §
23 3161(h)(8)(A) and (B)(iv).

24

25 DATED:  August 31, 2005

26

27                                   _____
                                     WILLIAM B. SHUBB
28                                   UNITED STATES DISTRICT JUDGE

Stipulation and Order                    2