```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JAVIER GOMEZ-MORENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S 04-457-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **RESCHEDULING TRIAL** |
| | ) | |
| JAVIER GOMEZ-MORENO, | ) | |
| | ) | Date:  November 7, 2005 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Javier Gomez-Moreno, though their respective attorneys, that the trial presently scheduled for November 7, 2005, may be continued to December 13, 2005, at 9:00 a.m.  The parties also request that hearing be held on the government's pretrial motions on November 30, 2005, at 9:00 a.m.

While preparing for trial on November 7 and discussing the case with government counsel and others, defense counsel determined that additional investigation should be done before trial begins.  Also, the government's pretrial motions raise legitimate issues requiring time to research and prepare.  After discussing the case and the issues likely to arise at

1  trial, both counsel and Mr. Gomez-Moreno agreed to continue the trial
2  date.  Defense counsel has confirmed the new date with the courtroom
3  deputy clerk.
4      The parties further agree that the following schedule may be set for
5  response to the government's motions:  (1) any opposition or statement of
6  non-opposition shall be filed by November 9, 2005; (2) an optional reply
7  brief may be filed by November 17, 2005; (3) hearing may be held on the
8  motions on November 20, 2005, at 9:00 a.m.
9      The parties recognize that time under the Speedy Trial Act is
10 automatically excluded because of the pending motions.

11     Respectfully submitted,

12     QUIN DENVIR
       Federal Public Defender
13

14 Dated:  October 26, 2005     /s/ T. Zindel
                                TIMOTHY ZINDEL
15                              Assistant Federal Defender
                                Attorney for JAVIER GOMEZ-MORENO
16

17                              MCGREGOR SCOTT
                                United States Attorney
18

19 Dated:  October 26, 2005     /s/ T. Zindel for M. Beckwith
                                MICHAEL BECKWITH
20                              Assistant U.S. Attorney
                                Attorney for Plaintiff
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

Stipulation and Order                    **2**

**O R D E R**

Trial is continued to December 13, 2005, at 9:00 a.m.  The Court will hear the government's pretrial motions on November 30, 2005, at 9:00 a.m., and further briefing shall be filed according to the schedule set forth above.

IT IS SO ORDERED.

DATED:  October 26, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE