JOHN BALAZS, Bar #157287
Attorney At Law916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
Javier Gomez-Moreno

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 04-0457-WBS |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | JUDICIAL RECOMMENDATION FOR |
| v. ) | PLACEMENT OF DEFENDANT AT FCI |
| ) | TALLEDEGA, ALABAMA |
| JAVIER GOMEZ-MORENO, ) | |
| ) | |
| Defendant. ) | |

On March 16, 2006, the Court sentenced Javier Gomez-Moreno to a term of 120 months imprisonment in the above-captioned case. On March 23, 2006, Mr. Gomez-Moreno, acting pro se, sent a letter to the Court asking for a Court recommendation that he serve his sentence at FCI Talladega, Alabama, because he has family and friends that could visit there and because of vocational opportunities at the prison.

For the same reasons, Mr. Gomez-Moreno, through counsel, hereby moves the Court to recommend that the Bureau of Prisons place him at FCI Talladega to serve his sentence, to the extent that such placement is consistent with the BOP's policies on security classifications and space availability.

Mr. Gomez-Moreno also requests that the recommendation be set

forth in the Court's judgment.

Respectfully submitted,

Dated: March 27, 2006

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
Javier Gomez-Moreno

**ORDER**

At the time of judgment and sentence, defendant's attorney requested that the court recommend a place of confinement, among other reasons, so that the defendant could be close to counsel in order to assist with his appeal.  Because assisting with his appeal is more important than the above considerations, the request for a recommendation of FCI Talladega, Alabama as the place of confinement is DENIED.

DATED:  March 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE